## STATE OF CONNECTICUT *v.* SIXTO NIEVES
### (13020)

O'CONNELL, HEIMAN and CRETELLA, Js.

Argued December 1—decision released December 20, 1994

---

*Mark F. Gross,* for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *John F. Blawie,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.